CLARK HILL PLLC
PAOLA M. ARMENI
Nevada Bar No.: 8357
Email:  parmeni@clarkhill.com
GIA N. MARINA
Nevada Bar No.: 15276
Email: gmarina@clarkhill.com
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
Tel:  (702) 862-8300
Fax: (702) 862-8400
*Attorneys for Defendant, Ronald Smith, M.D.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RONALD SMITH, M.D.,<br><br>Defendant. | CASE NO.: 2:19-cr-00154-RFB-VCF-3 |

**STIPULATION AND ORDER TO CONTINUE SENTENCING (FIRST REQUEST)**

**IT IS HEREBY STIPULATED** by and between Defendant, Ronald Smith, by and through his counsel, Paola M. Armeni, Esq., and Gia N. Marina, Esq., of the law firm of Clark Hill PLLC and the Plaintiff, United States of America, by and through Peter S. Levitt, Esq., Assistant United States Attorney, that the sentencing hearing currently scheduled for April 19, 2022, at 10:00 a.m. be vacated and set to a date and time convenient to the Court but not earlier than One Hundred Eighty (180) days.

This Stipulation is entered into for the following reasons:

1. Paola M. Armeni was appointed by this Court as counsel for Mr. Smith on December 15, 2020.

2. Ms. Armeni has been reviewing the file and has determined that she needs additional time to thoroughly prepare for sentencing on Mr. Smith's behalf.

3. Mr. Smith has appeared in this case, and is not in custody and, along with the government, agrees to this continuance.

4. The additional time requested herein is not sought for purposes of delay and the denial of this request for a continuance could result in a miscarriage of justice.

5. Federal Rule of Criminal Procedure 32(b)(2) permits this Court to continue a sentencing hearing for good cause. Good cause exists in this case.

6. For all the above-stated reasons, the ends of justice would be best served by the continuance of the sentencing hearing.

7. This is the first request for a continuance of the sentencing hearing.

| | |
|---|---|
| UNITED STATES ATTORNEY<br>DISTRICT OF NEVADA | CLARK HILL PLLC |
| DATED this 9th day of March, 2022. | DATED this 9th day of March, 2022. |
| /s/ Peter S. Levitt<br>Peter S. Levitt, Esq.<br>Assistant United States Attorney<br>Attorney for Plaintiff,<br>UNITED STATES OF AMERICA | /s/ Paola M. Armeni<br>PAOLA M. ARMENI<br>Attorney for Defendant,<br>Ronald Smith |

|   |   |
|---|---|
| **UNITED STATES DISTRICT COURT** | |
| **DISTRICT OF NEVADA** | |
| UNITED STATES OF AMERICA, | CASE NO. 2:18-cr-00129-JCM-DJA |
| Plaintiff, | |
| vs. | |
| RONALD SMITH, | |
| Defendant. | |

### FINDINGS OF FACT, CONCLUSION OF LAW AND ORDER

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court hereby finds that:

### CONCLUSIONS OF LAW

Based on the fact that counsel has agreed to a continuance, the Court hereby concludes that:

1. Paola M. Armeni was appointed by this Court as counsel for Mr. Smith on December 15, 2020.

2. Ms. Armeni has reviewed the material and determined that she will require additional time to fully prepare for Mr. Smith's sentencing.

3. Mr. Smith has appeared in this case, and is not in custody and, along with the government, agrees to this continuance.

4. The additional time requested herein is not sought for purposes of delay and the denial of this request for a continuance could result in a miscarriage of justice.

5. Federal Rule of Criminal Procedure 32(b)(2) permits this Court to continue a sentencing hearing for good cause. Good cause exists in this case.

…

…

…

…

1  6. For all the above-stated reasons, the ends of justice would be best served by the continuance of the sentencing hearing.

7. This is the first request for a continuance of the sentencing hearing.

**ORDER**

**IT IS HEREBY ORDERED** that the sentencing hearing in this matter scheduled for April 19, 2022, at the hour of 10:00 a.m. is hereby vacated and continued to the __18th__ day of __October__, 2022, at the hour of __9:00__ __a__.m., in Courtroom 7C.

**DATED** this __10th__ day of __March__, 2022.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**
**CASE NO.: 2:19-cr-00154-RFB-VCF**