CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar Number: 14853
PETER S. LEVITT
Assistant United States Attorney
United States Attorney's Office
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
702-388-6336

UNITED STATES DISTRICT COURT
District of Nevada

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:19-cr-00154-RFB-VCF-3 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | PETITION FOR ACTION |
| | ) | ON CONDITIONS OF |
| RONALD SMITH, M.D. | ) | <u>PRETRIAL RELEASE</u> |
| Defendant | ) | |

Attached hereto and expressly incorporated herein is a Petition for Action on Conditions of Pretrial Release concerning the above-named defendant prepared by <u>Erin Oliver</u>, Supervisory U.S. Pretrial Services Officer. I have reviewed that Petition, and I concur in the recommended action requested of the court.

Dated this 24th day of March, 2022.

CHRISTOPHER CHIOU
Acting United States Attorney

By ___/S/_____.
PETER S. LEVITT
Assistant U. S. Attorney

PS 8
(Revised 12/04)

**UNITED STATES DISTRICT COURT**
**for the**
**DISTRICT OF NEVADA**

U.S.A. vs. RONALD SMITH, M.D.					Docket No: 2:19-cr-00154-RFB-VCF-3

Petition for Action on Conditions of Pretrial Release

  COMES NOW ERIN OLIVER, SUPERVISORY U.S. PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Ronald Smith, M.D. The defendant initially appeared on June 20, 2019, before U.S. Magistrate Judge Nancy J. Koppe and was ordered released on a personal recognizance bond with the following conditions of release:

1. The defendant shall report to U.S. Pretrial Services for supervision.
2. The defendant shall surrender any passport and/or passport card to U.S. Pretrial Services or the supervising officer.
3. The defendant shall not obtain a passport or passport card.
4. The defendant shall abide by the following restrictions on personal association, place of abode, or travel: Travel is restricted to Continental U.S.A.
5. The defendant shall avoid all contact directly or indirectly with co-defendant(s) unless it is in the presence of counsel.
6. Defendant shall not prescribe any controlled substance or medication.

**Respectfully presenting petition for action of Court and for cause as follows:**

Upon his release from custody, Dr. Smith reported to Pretrial Services that his passport had been taken by arresting agents, which was verified at the time by the U.S. Attorney's Office (USAO). Pretrial Services never received the passport and currently, both the USAO and the FBI case agent have indicated that Dr. Smith's passport is not in their possession.

**PRAYING THAT THE COURT WILL ORDER THAT THE DEFENDANT'S BOND BE MODIFIED AS FOLLOWS, TO ADD THE FOLLOWING CONDITION:**

1. The defendant shall report any lost or stolen passport or passport card to the issuing agency as directed by Pretrial Services or the supervising officer.

| ORDER OF COURT | I declare under penalty of perjury that the information herein is true and correct. |
|---|---|
| Considered and ordered this 24th day of March, 2022 and ordered filed and made a part of the records in the above case. | Executed on this 24th day of March, 2022. |
| | Respectfully Submitted, |
| _____ | _____ |
| Honorable Richard F. Boulware, II<br>U.S. District Judge | Erin Oliver<br>U.S. Pretrial Service Officer<br>Place: <u>Las Vegas, Nevada</u> |