CLARK HILL PLLC
PAOLA M. ARMENI
Nevada Bar No.: 8357
Email:  parmeni@clarkhill.com
GIA N. MARINA
Nevada Bar No.: 15276
Email: gmarina@clarkhill.com
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
Tel:  (702) 862-8300
Fax: (702) 862-8400
*Attorneys for Defendant, Ronald Smith, M.D.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RONALD SMITH, M.D.,<br><br>Defendant. | CASE NO.: 2:19-cr-00154-RFB-VCF-3 |

**STIPULATION AND ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE TO REMOVE THE CONDITION THAT DR. SMITH SHALL NOT OBTAIN A PASSPORT OR PASSPORT CARD**

**IT IS HEREBY STIPULATED** by and between Defendant, Ronald Smith, by and through his counsel, Paola M. Armeni, Esq., and Gia N. Marina, Esq., of the law firm of Clark Hill PLLC and the Plaintiff, United States of America, by and through Peter S. Levitt, Esq., Assistant United States Attorney that the conditions of release shall be modified in the following matter:

1. On June 20, 2019, Dr. Smith appeared before United States Magistrate Judge Koppe and was ordered released on his personal recognizance bond with several conditions. Specific to this stipulation, is release condition #3, which states, "The defendant shall not obtain a passport or passport card".

2. Dr. Smith has been fully compliant with all conditions since June 20, 2019.

3. On December 9, 2021, Dr. Smith plead guilty and his sentencing date is October 18, 2022.

4. Dr. Smith has made a request to obtain a new passport so that he can travel to Korea in the

summer of 2022 with his longtime girlfriend, who is a native of Korea.

5. Defense Counsel, Dr. Smith, the Government and U.S. Pretrial Services agree that Dr. Smith's condition regarding not obtaining a passport should be removed.

6. In compliance with condition #2 of the bond, Dr. Smith will surrender his new passport to U.S. Pretrial Services within 48 hours of receipt to allow for the passport to be overnighted to U.S. Pretrial Services as Dr. Smith resides outside of the State of Nevada.

7. Thereafter, the parties agree to submit a subsequent stipulation and order regarding specific travel to Korea, as well as the expectations of Dr. Smith in relation to that travel, and obligations of Dr. Smith for the release and return of his passport to Pretrial Services.

| UNITED STATES ATTORNEY<br>DISTRICT OF NEVADA | CLARK HILL PLLC |
|---|---|
| DATED this 18th day of April, 2022. | DATED this 18th day of April, 2022. |
| /s/ Peter S. Levitt<br>Peter S. Levitt, Esq.<br>Assistant United States Attorney<br>Attorney for Plaintiff,<br>UNITED STATES OF AMERICA | /s/ Paola M. Armeni<br>PAOLA M. ARMENI<br>Attorney for Defendant,<br>Ronald Smith |

## **ORDER**

**IT IS HEREBY ORDERED** that the conditions of pretrial release shall be modified in the following matter:

1. Condition number #3 of the Personal Recognizance bond requiring Dr. Smith not to obtain a passport or passport card should be removed.

2. In compliance with condition #2 of the bond, Dr. Smith will surrender his new passport to U.S. Pretrial Services within 48 hours of receipt to allow for the passport to be overnighted to U.S. Pretrial Services as Dr. Smith resides outside of the State of Nevada.

**DATED** this __20th__ day of __April__, 2022.

_____
**UNITED STATES DISTRICT COURT JUDGE**
**CASE NO.: 2:19-cr-00154-RFB-VCF**

CLARKHILL\K2353\418439\266700569.v1-4/7/22