1  CLARK HILL PLLC
   PAOLA M. ARMENI
2  Nevada Bar No.: 8357
   Email:  parmeni@clarkhill.com
3  GIA N. MARINA
   Nevada Bar No.: 15276
4  Email: gmarina@clarkhill.com
   3800 Howard Hughes Parkway, Suite 500
5  Las Vegas, Nevada 89169
   Tel:  (702) 862-8300
6  Fax: (702) 778-9709
   *Attorneys for Defendant, Ronald Smith, M.D.*

7
                        **UNITED STATES DISTRICT COURT**
8
                               **DISTRICT OF NEVADA**
9
10 | UNITED STATES OF AMERICA,        | CASE NO.: 2:19-cr-00154-RFB-VCF-3 |
   |                Plaintiff,        |                                   |
11 |                                  |                                   |
   | vs.                              |                                   |
12 |                                  |                                   |
13 | RONALD SMITH, M.D.,              |                                   |
   |                Defendant.        |                                   |
14

15  **STIPULATION AND ORDER TO CONTINUE SENTENCING (SECOND REQUEST)**

16          **IT IS HEREBY STIPULATED** by and between Defendant, Ronald Smith, by and

17  through his counsel, Paola M. Armeni, Esq., and Gia N. Marina, Esq., of the law firm of Clark Hill

18  PLLC and the Plaintiff, United States of America, by and through Jason Frierson, United States

19  Attorney, and Jacob Operskalski, Esq. and Peter S. Levitt, Esq., Assistant United States Attorneys,

20  that the sentencing hearing currently scheduled for October 18, 2022, at 9:00 a.m. be vacated and

21  set to a date and time convenient to the Court but not earlier than forty-five (45) days.

22          This Stipulation is entered into for the following reasons:

23      1.  Sentencing in this matter is currently scheduled for October 18, 2022 at 9:00 a.m.

24      2.  Defense counsel needs additional time to investigate issues relevant to sentencing and

25  prepare for sentencing.

26      3.  Mr. Smith has appeared in this case, and is not in custody and, along with the government,

27  agrees to this continuance.

28

4. The additional time requested herein is not sought for purposes of delay and the denial of this request for a continuance could result in a miscarriage of justice.

5. Federal Rule of Criminal Procedure 32(b)(2) permits this Court to continue a sentencing hearing for good cause. Good cause exists in this case.

6. For all the above-stated reasons, the ends of justice would be best served by the continuance of the sentencing hearing.

7. This is the second request for a continuance of the sentencing hearing.

| | |
|---|---|
| JASON FRIERSON<br>UNITED STATES ATTORNEY<br>DISTRICT OF NEVADA | CLARK HILL PLLC |
| DATED this 10th day of October, 2022. | DATED this 7th day of October, 2022. |
| /s/ Jacob Operskalski<br>JACOB OPERSKALSKI, ESQ<br>PETER S. LEVITT, ESQ.<br>Assistant United States Attorney<br>Attorneys for Plaintiff,<br>UNITED STATES OF AMERICA | /s/ Paola M. Armeni<br>PAOLA M. ARMENI<br>GIA N. MARINA<br>Attorneys for Defendant,<br>Ronald Smith |

CLARKHILL\K2353\418439\268763944.v1-10/10/22

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                         Plaintiff,<br><br>vs.<br><br>RONALD SMITH,<br><br>                         Defendant. | CASE NO. 2:19-cr-00154-RFB-VCF-3 |

**FINDINGS OF FACT, CONCLUSION OF LAW AND ORDER**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court hereby finds that:

**CONCLUSIONS OF LAW**

Based on the fact that counsel has agreed to a continuance, the Court hereby concludes that:

1. Sentencing in this matter is currently scheduled for October 18, 2022 at 9:00 a.m.

2. Defense counsel needs additional time to investigate issues relevant to sentencing and prepare for sentencing.

3. Mr. Smith has appeared in this case, and is not in custody and, along with the government, agrees to this continuance.

4. The additional time requested herein is not sought for purposes of delay and the denial of this request for a continuance could result in a miscarriage of justice.

5. Federal Rule of Criminal Procedure 32(b)(2) permits this Court to continue a sentencing hearing for good cause. Good cause exists in this case.

…

…

…

…

…

CLARKHILL\K2353\418439\268763944.v1-10/10/22

6. For all the above-stated reasons, the ends of justice would be best served by the continuance of the sentencing hearing.

7. This is the second request for a continuance of the sentencing hearing.

## ORDER

**IT IS HEREBY ORDERED** that the sentencing hearing in this matter scheduled for October 18, 2022, at the hour of 9:00 a.m. is hereby vacated and continued to the _____ day of __December 15__, 2022, at the hour of ____10:00____ __a__.m., in Courtroom 7C.

**DATED** this __11th__ day of __October__, 2022.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

CLARKHILL\K2353\418439\268763944.v1-10/10/22